**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 3 2026

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 26-130 DHU |
| vs. | ) 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |
| **LEANDREW VELARDE,** | ) |
| Defendant. | ) |

# INFORMATION

The United States Attorney charges:

On or about July 21, 2025, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **LEANDREW VELARDE**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

TODD BLANCHE
Deputy Attorney General

RYAN ELLISON
Acting United States Attorney

_____
Nicholas J. Marshall
Assistant United States Attorney
201 Third Street, Suite 900
Albuquerque, New Mexico  87102
(505) 346-7274