IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                          No. 26-130 DHU

LEANDREW VELARDE,

     Defendant.

## ORDER AMENDING CONDITIONS OF RELEASE

THE COURT, having heard representations from both parties at Defendant's change of plea hearing, finds that Defendant's conditions of release should be amended as follows:

IT IS HEREBY ORDERED that the conditions of Defendant's release are hereby modified in that he is released into the third-party custody of Anchor Behavioral Health for intensive outpatient treatment and transitional housing. He must follow all rules and regulations they impose. All other conditions of release are to remain in effect. (ECF No. 12).

_____
UNITED STATES MAGISTRATE JUDGE