**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br><br>)<br>**Plaintiff,** )<br><br>) **Case No. 1:26-cr-00130-DHU**<br>**vs.** )<br><br>)<br>**LEANDREW VELARDE,** )<br><br>)<br>**Defendant.** ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE
SENTENCING HEARING**

Defendant Leandrew Velarde, by and through undersigned counsel, respectfully moves this Court to continue the sentencing hearing currently scheduled for May 12, 2026. In support, Mr. Velarde states:

1.     Mr. Velarde pled guilty to Assault Resulting in Serious Bodily Injury on January 13, 2026. (ECF No. 23).

2.     Mr. Velarde has been released and is currently engaged in substance abuse counseling at Anchor Behavioral Health. (ECF No. 25). Mr. Velarde began treatment after he entered his guilty plea. That treatment remains ongoing but he is about to transition out of intensive outpatient treatment. That transition is due to his successful completion of the IOP program. He is being moved to structured sober living at Anchor, where he will continue regular counseling, AA meetings, and begin employment.

3.     Sentencing is currently set for May 12, 2026. (ECF No. 26).

4.      Undersigned counsel requires additional time to prepare for sentencing. In particular, counsel has outstanding records requests that have yet to return that bear directly on this Court's 18 U.S.C. § 3553(a) analysis. Most of those records concern Mr. Velarde's IOP program, which is soon to conclude. Proceeding to sentencing at this time would prevent counsel from presenting a full and complete picture of Mr. Velarde's rehabilitation.

5.      The process of receiving records was also complicated by Mr. Velarde's lack of a Social Security Card. He did not know his social security number until he received a replacement card.

6.      Based on the foregoing, Mr. Velarde respectfully requests a continuance to allow him to transition out of his IOP program and to allow counsel to gather the necessary treatment records to present at sentencing. Specifically, Mr. Velarde requests an additional ninety (90) days for sentencing.

7.      The prospect of this continuance was discussed with Mr. Velarde. He agrees with the continuance and will not be prejudiced by it.

8.      Counsel for the United States, Assistant United States Attorney Nicholas Marshall, does not oppose this continuance.

WHEREFORE, Mr. Velarde respectfully requests that this Court continue the sentencing hearing currently scheduled for March 12, 2026, for ninety (90) days as set forth above.

Respectfully Submitted,

**FEDERAL PUBLIC DEFENDER**
111 Lomas Blvd. NW, Suite 501
Albuquerque, NM 87102

2

T: (505) 346-2489
F: (505) 346-2494

***Electronically filed April 22, 2026***
/s/ Allen Franco
Assistant Federal Public Defender
allen_franco@fd.org